United States District Court
Southern District of Texas
**ENTERED**
September 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:25-cr-404 |
| DEREK MCCOY, DEENA HIGGINBOTHAM, and JOHN MONTGOMERY Defendants. | § § § § § | |

## ORDER PERMITTING DISCLOSE OF DISCOVERABLE MATERIAL PURSUANT TO PROTECTIVE ORDER

IT IS ORDERED that discoverable information provided by the United States to counsel for the above named defendants in the above numbered cause be made pursuant to this protective order.

IT IS FURTHER ORDERED that the discoverable materials being made available by the United States to the defendant and his/her attorneys not be discussed or disclosed to anyone other than the named defendant and his counsel of record, or the staff of his counsel of record (including investigators, paralegals, expert witnesses, and other contracted agents associated with the attorney of record for purposes of defense preparation), except upon the express authorization of this Court and further that under no circumstance shall copies be provided to a defendant or left at any detention facility for the defendant to review. However, the defense

1

attorney is allowed to share the discovery with the defendant electronically, but the defendant may not copy, print, take photos, take notes or retain a copy for herself.

IT IS FURTHER ORDERED that this protective order applies to any subsequent discoverable material provided to the defense, except for the defendant's own statement.

IT IS FURTHER ORDERED that any attorney receiving the above-described items is <u>not</u> to disclose any information therein other than to prepare for trial and for the defense of his client.

Dated this __2__ day of __Sept__, 2025.

_____
JUDGE DAVID HITTNER
UNITED STATES DISTRICT JUDGE